**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>LONE CACTUS CONSTRUCTION CORPORATION, an Arizona corporation, a/k/a LONE CACTUS CONSTRUCTION CORP.<br><br>       Defendant. | NO. MC 07-0027 PHX JAT<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: Contempt** |

**FINDINGS OF FACT**

1.   On October 31, 2006 the United States District Court for the Central District of California, Western Division, entered its judgment in *Carpenters Southwest Administrative Corporation v. Lone Cactus Construction Corporation*, Cause No. CV 06-3650 RGK(RZx) on its docket.

2.   The Court specifically ordered Defendant ("Lone Cactus") to pay Plaintiff ("SWAC") the amount of $6,248.03 plus interest from that day forward at 5.07% per annum.  At that rate of interest, the amount of additional interest due from October 23, 2006 to the present is $1,077.04, and the

amount now due and owing on the judgment is $7,325.07 and is increasing at the rate of $1.17 per day. (Doc. #3)

3.   In addition, the District Court enjoined Lone Cactus to complete, certify as accurate and provide to SWAC the "Employers Monthly Report To Trustees" required by the Agreement in place between it and SWAC and the Southwest Council of Carpenters ("the Union") and to make the payments required pursuant to its reports. (Doc. #3)

3.   Lone Cactus has notice of the judgment and its requirements.  A copy of the judgment was properly served upon it. (Doc. #4)

4.   The undisputed evidence convincingly demonstrates that, to this date, Lone Cactus has failed to comply with any part of the judgment.  It has not prepared any of the required reports.  It has not made any payments to SWAC, including the amount specifically set forth in the judgment.

5.   As stated on the record, the Court finds that SWAC has incurred additional expenses, including attorneys fees and costs of $12,294.11 in its effort to obtain compliance with the judgment.

**CONCLUSIONS OF LAW**

1.   This Court is required to honor the judgment of the District Court For the Central District of California.   28 U.S.C. §1963.

2.   Plaintiff here has properly registered the judgment issued in *Carpenters Southwest Administrative Corporation v. Lone Cactus Construction Corporation, a/k/a Lone Cactus Corp.*, Cause No. MC07-0027 PHX JAT on the docket of this

1    Court, and has properly sought enforcement of the California

2    judgment in this Court. 28 U.S.C. §1963.

3        3.   The relief sought by Plaintiff falls within the

4    parameters of 29 U.S.C. §185 and jurisdiction is based on 29

5    U.S.C. §185.

6        4.   Defendant's refusal to comply with the injunction

7    orders contained in the judgment of the District Court for

8    the Central District of California constitutes contempt of

9    that court. *Shuffler v. Heritage Bank*, 720 F.2d 1141, 1146

10   (9th Cir. 1983) ("A court has power to adjudge in civil

11   contempt any person who willfully disobeys a specific and

12   definite order requiring him to do or to refrain from doing

13   an act.")

14       5.   Under *Shuffler*, this Court may impose civil

15   contempt sanctions for one or both of two distinct purposes:

16   1) to compel or coerce compliance with a court order; and 2)

17   to compensate the contemnor's adversary for injuries

18   resulting from the contemnor's noncompliance. *Id.* at 1147.

19   However, in a post-judgment situation, this Court cannot use

20   its civil contempt power to secure compliance with a money

21   judgment. *Id.* ("we do not interpret the exception to

22   execution to permit a federal court to enforce a money

23   judgment by contempt or methods other than a writ of

24   execution... .") In this case, the judgment contains both a

25   money judgment and an injunction.

26       6.   SWAC is entitled to an order holding Lone Cactus in

27   civil contempt of court for its failure to comply with the

28   injunction portion of the judgment of the District Court for

1    the Central District of California by refusing and failing
2    to accurately prepare and certify as accurate, the required
3    monthly reports.

4         **WHEREFORE, IT IS ORDERED ADJUDGED AND DECREED** that
5    Defendant Lone Cactus Corporation a/k/a/ Lone Cactus Corp.
6    is hereby adjudged to be in civil contempt of court and it
7    is directed and ordered to comply fully with the injunction
8    terms of the judgment and order of the District Court for
9    the Central District of California, specifically, said
10   Defendant, shall, by April 21, 2008,

11             (a) provide SWAC with complete, truthful and
12   accurate "Employers Monthly Report To Trustees" forms
13   required for all months from September, 2005 through the
14   present, along with a declaration from a responsible
15   employee or director of Defendant attesting from his or her
16   personal knowledge under the penalties of perjury, to the
17   completeness, truthfulness and accuracy of each report;

18             (b) continue, by the due dates, on an ongoing
19   monthly basis, to provide such monthly reports and
20   declarations to the trustees for so long as Defendant is
21   obligated to do so; and

22             (c) provide checks in the amounts shown on the
23   monthly reports as owed to each trust, payable as designated
24   on the monthly reports.

25        **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that
26   said Defendant shall pay to the plaintiff $12,294.11 for its
27   attorneys fees and expenses incurred herein.  This is a
28   civil contempt sanction levied for the second purpose

                                4

1   articulated above, specifically, to compensate the

2   contemnor's adversary for injuries resulting from the

3   contemnor's noncompliance.

4        **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that said

5   Defendant shall pay to the plaintiff, SWAC the amount of

6   $7,325.07 plus interest at a rate of 5.07% per annum from

7   this day forward for each day that the balance remains

8   unpaid.  This paragraph is merely a reiteration of the money

9   judgment already owed under the California judgment and is

10   not a civil contempt sanction that would be in addition to

11   the money judgment.

12        **IT IS FURTHER ORDERED** that plaintiff shall serve a copy

13   of these finding and conclusions on Defendant by April 7,

14   2008.

15        DATED this 1st day of April, 2008.

James A. Teilborg
United States District Judge